1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  ANDREW W. MORITZ (State Bar No. 191889)
   A. R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East, Suite 1800
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant and Cross-Complainant
    CITIBANK (SOUTH DAKOTA), N.A.

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13 | MARYANN P. PACHECO, an individual,        )  **Case No.  C 06-03935 MHP**
                                               )
14 |           Plaintiff,                      )  [Assigned to the Honorable Marilyn Hall
                                               )  Patel, Chief Judge]
15 |     vs.                                   )
                                               )  **STIPULATION AND [PROPOSED]**
16 | CITIBANK SOUTH DAKOTA N.A.,               )  **ORDER FOR DISMISSAL**
    PATENAUDE & FELIX A.P.C. and WADE          )
17 | MILLER, an individual,                    )
                                               )
18 |           Defendant.                      )
    _____)
19 | CITIBANK (SOUTH DAKOTA), N.A.,            )
                                               )
20 |           Cross-Complainant,              )
                                               )
21 |     vs.                                   )
                                               )
22 | MARYANN P. PACHECO; and DOES 1            )
    through 10, inclusive,                     )
23                                             )
              Cross-Defendants.                )
24 _____)

25

26

27

28

50334676v1

                                                            STIPULATION AND
                                                     [PROPOSED] ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between plaintiff Citibank (South Dakota), N.A. ("Citibank"), and plaintiff Maryann P. Pacheco ("Plaintiff"), through their designated counsel, that the Complaint by Plaintiff in the above-captioned action shall be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1). This stipulation is effective as the other defendants in the action have not been served.

**IT IS HEREBY FURTHER STIPULATED**, by and between Citibank and Plaintiff, through their designated counsel, that the Cross-Complaint filed by Citibank shall be, and hereby is, dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: September __, 2006

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ANDREW W. MORITZ
A. R. KACHADOORIAN

By: _____**s/Andrew W. Moritz**_____
      Andrew W. Moritz

Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A.

Dated: September __, 2006

THE BERG LAW GROUP

By: _____**s/Irving L. Berg**_____
      Irving L. Berg

Attorneys for Plaintiff
   MARYANN P. PACHECO

**ORDER**

IT IS SO ORDERED

Dated: September 22, 2006

_____
MARILYN H. PATEL
CHIEF JUDGE, UNITED STATES
DISTRICT COURT

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Marilyn H. Patel signature]*

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

50334676v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On September 21, 2006, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Irving L. Berg, Esq.
> The Berg Law Group
> 433 Town Center, PMB 493
> Corte Madera, CA 94925

☐ **(VIA PERSONAL SERVICE)** By causing said documents listed above to be personally delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 21, 2006, at Los Angeles, California.

| Lore Pekrul | s/Lore Pekrul |
|---|---|
| [Type or Print Name] | [Signature] |

50296461v1